COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Brown Lab Investments, LLC, Joel Katz and Andrea Katz v. Lane Moesser

Appellate case number:   01-21-00668-CV

Trial court case number:  2016-35154

Trial court:               190th District Court of Harris County

      Appellee has filed an unopposed motion to supplement volume 22 of the reporter's record with portions of an omitted transcript from a March 5, 2021 arbitration hearing. Appellee relies on Rule 34.6(e) to permit the supplementation without the court reporter's certification because volume 22 is inaccurate. *See* TEX. R. APP. P. 34.6(e).

      Because appellee seeks to supplement the reporter's record with omitted materials, appellee must follow Rule 34.6(d), which states, "If anything relevant is omitted from the reporter's record . . . the appellate court, or any party may by letter direct the official court reporter to prepare, certify, and file in the appellate court a supplemental reporter's record containing the omitted items." TEX. R. APP. P. 34.6(d). Accordingly, we **deny** appellee's motion. Appellee may request the court reporter to file the supplemental reporter's record in compliance with Rule 34.6(d).

      It is so **ORDERED**.

Judge's signature: _____/s/ Sherry Radack_____
              ☒ Acting individually    ☐ Acting for the Court

Date: ___July 21, 2022_____